# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

137341

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 137341
COA: 286383
Monroe CC: 07-036287-FH

CHARLES TALIAFERRO SMITH, III,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 28, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk